# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
M&H Enterprises, Inc. ) ASBCA No. 59339
)
Under Contract No. W9126G-10-C-0021 )

APPEARANCES FOR THE APPELLANT: Phillip R. Seckman, Esq.
Michael J. McGuinn, Esq.
  McKenna Long & Aldridge LLP
  Denver, CO

APPEARANCES FOR THE GOVERNMENT: Thomas H. Gourlay, Jr., Esq.
  Engineer Chief Trial Attorney
Dawn-Carole Harris, Esq.
  Engineer Trial Attorney
  U.S. Army Engineer District, Fort Worth

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 11 August 2014

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59339, Appeal of M&H Enterprises, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals